UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| NATHAN S. LAYMAN,<br><br>    Plaintiff,<br><br>    vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | Civil No. 3:11-CV-05490-RBL-JRC<br><br>ORDER AMENDING THE<br>SCHEDULING ORDER |

Based on Defendant's Unopposed Motion to Amend the Scheduling Order (ECF No. 20), and that Plaintiff's Counsel has no opposition, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall have up to and including November 25, 2011, to file Defendant's responsive brief;

- Plaintiff shall have up to and including December 9, 2011, to file a reply brief; and

- Oral argument, if desired, shall be requested by December 16, 2011.

DATED this 20th day of October 2011.

*/s/ J. Richard Creatura*

J. Richard Creatura
United States Magistrate Judge

Page 1    ORDER - [3:11-CV-05490-RBL-JRC]